IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 3:06cr15TSLJCS

TWONG E. BRADLEY


ORDER OF DISMISSAL

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Criminal Indictment against the defendant, TWONG E. BRADLEY, without prejudice.


DUNN LAMPTON
United States Attorney


s/Woody Bond
By:   WOODY BOND
Assistant U. S. Attorney

   Leave of Court is granted for the filing of the foregoing dismissal.

   ORDERED this 20th  day of March, 2006.


 /s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE